IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAVONN HOOKS**                                                                                      **PLAINTIFF**

V.                                          **CASE NO.: 3:15CV00118-BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

# JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration and against the Plaintiff Lavonn Hooks.

DATED this 7th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE